[No. 11181-4-III.   Division Three.   June 11, 1991.]

*In the Matter of the Personal Restraint of*
DAVID LAURENCE KING, *Petitioner.*

Petition for relief from personal restraint. *Remanded with instructions* by unpublished opinion per Green, C.J., concurred in by Munson and Shields, JJ.

[No. 10771-0-III.   Division Three.   June 11, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER MICHAEL HOTRUM, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89-1-01319-4, Thomas E. Merryman, J., entered April 13, 1990. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Thompson and Shields, JJ.

[No. 11040-1-III.   Division Three.   June 11, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN LEROY WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 90-1-00193-9, Fred Van Sickle, J., entered August 22, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Shields, J.